■ JAMES LAWSON, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 5.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ EDWARD McKEE, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 6.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ ROBERT J. GITTERE, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 7.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ JAMES R. GRAM, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 8.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ MARGARET A. DUDLEY, as Executrix of PAUL E. DUDLEY, Deceased, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 9.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend complaint.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ NANCY A. CROSS, as Executrix of JAMES H. CROSS, Deceased, Appellant, v JOHNS MANVILLE CORPORATION et al., Respondents. (Appeal No. 10.) — Order reversed, without costs, and motion granted, Moule, J., not participating. Same memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939). Concur — Hancock, Jr., J. P., Callahan and Doerr, JJ.

Boomer, J., dissents and votes to affirm, in the same dissenting memorandum as in *Angie v Johns Manville Corp.* (Appeal No. 1) (94 AD2d 939, 940). (Appeal from order of Supreme Court, Erie County, Green, J. — amend com-